**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00333-CR

_____

**ALFREDO LOPEZ RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-2723**

## MEMORANDUM OPINION

Appellant Alfredo Lopez Ramirez has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)